BOCAR US INC  
PO BOX 6725  
HUNTSVILLE AL 35813

1810-8564  
EE ID: 37    DD

GARY S WRIGHT  
19709 RIVERSIDE ST  
ATHENS AL 35611

**PERSONAL AND CHECK INFORMATION**  
Gary S Wright  
19709 Riverside St  
Athens, AL 35611  
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 10/27/19 to 11/02/19  
Check Date: 11/08/19    Check #: 200895

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7706 | 2613.01 | 14207.10 |
| **NET PAY** | **2613.01** | **14207.10** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | | 8769.23 |
| Salary | M80.00 | | 3653.85 | M240.00 | 10961.55 |
| Total Hours | 80.00 | | | 240.00 | |
| Gross Earnings | | | 3653.85 | | 19730.78 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 226.54 | 1223.31 |
| Medicare | | 52.98 | 286.10 |
| Fed Income Tax | S 0 | 617.79 | 3239.33 |
| AL Income Tax | S 0 | 143.53 | 774.94 |
| **TOTAL** | | 1040.84 | 5523.68 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2613.01 | 14207.10 |

Payrolls by Paychex, Inc.  
0903 1810-8564 Bocar US Inc • PO BOX 6725 • Huntsville AL 35813 • (256) 867-5502

BOCAR US INC
PO BOX 6725
HUNTSVILLE AL 35813

1810-8564
EE ID: 37    DD

GARY S WRIGHT
19709 RIVERSIDE ST
ATHENS AL 35611

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Gary S Wright | | | | Salary | | | | | 8769.23 |
| 19709 Riverside St | | | | Salary | M80.00 | | 3653.85 | M320.00 | 14615.40 |
| Athens, AL 35611 | | | | Total Hours | 80.00 | | | 320.00 | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: | | | | Gross Earnings | | | 3653.85 | | 23384.63 |
| | | | | Total Hrs Worked | 80.00 | | | | |
| Pay Period: 11/10/19 to 11/16/19 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 11/22/19   Check #: 200949 | | | | Social Security | | | 226.54 | | 1449.85 |
| NET PAY ALLOCATIONS | | | | Medicare | | | 52.98 | | 339.08 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Fed Income Tax | S 0 | | 617.79 | | 3857.12 |
| Check Amount | 0.00 | 0.00 | | AL Income Tax | S 0 | | 143.53 | | 918.47 |
| Chkg 7706 | 2613.01 | 16820.11 | | | | | | | |
| NET PAY | 2613.01 | 16820.11 | | TOTAL | | | 1040.84 | | 6564.52 |

| NET PAY | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | 2613.01 | 16820.11 |

Payrolls by Paychex, Inc.

0903 1810-8564 Bocar US Inc • PO BOX 6725 • Huntsville AL 35813 • (256) 867-5502

BOCAR US INC
PO BOX 6725
HUNTSVILLE AL 35813

1810-8564
EE ID: 37    DD

Payrolls by Paychex, Inc.    Payrolls by Paychex, Inc.

GARY S WRIGHT
19709 RIVERSIDE ST
ATHENS AL 35611

**PERSONAL AND CHECK INFORMATION**
Gary S Wright
19709 Riverside St
Athens, AL 35611
Soc Sec #: xxx-xx-xxxx   Employee ID:

Pay Period: 11/24/19 to 11/30/19
Check Date: 12/06/19   Check #: 201005

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7706 | 2613.01 | 19433.12 |
| **NET PAY** | **2613.01** | **19433.12** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | | 8769.23 |
| Salary | M80.00 | | 3653.85 | M400.00 | 18269.25 |
| Total Hours | 80.00 | | | 400.00 | |
| Gross Earnings | | | 3653.85 | | 27038.48 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 226.54 | 1676.39 |
| Medicare | | 52.98 | 392.06 |
| Fed Income Tax | S 0 | 617.79 | 4474.91 |
| AL Income Tax | S 0 | 143.53 | 1062.00 |
| TOTAL | | 1040.84 | 7605.36 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2613.01 | 19433.12 |

Payrolls by Paychex, Inc.

0903 1810-8564 Bocar US Inc • PO BOX 6725 • Huntsville AL 35813 • (256) 867-5502

BOCAR US INC
PO BOX 6725
HUNTSVILLE AL 35813

EE ID:    DD

GARY S WRIGHT
19709 RIVERSIDE ST
ATHENS AL 35611

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Gary S Wright | | | | Salary | | | | | 8769.23 |
| 19709 Riverside St | | | | Salary | M80.00 | | 3653.85 | M480.00 | 21923.10 |
| Athens, AL 35611 | | | | Total Hours | 80.00 | | | 480.00 | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: | | | | Gross Earnings | | | 3653.85 | | 30692.33 |
| | | | | Total Hrs Worked | 80.00 | | | | |
| Pay Period: 12/08/19 to 12/14/19 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 12/20/19   Check #: 201075 | | | | Social Security | | | 226.53 | | 1902.92 |
| NET PAY ALLOCATIONS | | | | Medicare | | | 52.98 | | 445.04 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Fed Income Tax | S 0 | | 617.79 | | 5092.70 |
| Check Amount | 0.00 | 0.00 | | AL Income Tax | S 0 | | 143.53 | | 1205.53 |
| Chkg 7706 | 2613.02 | 22046.14 | | | | | | | |
| NET PAY | 2613.02 | 22046.14 | | TOTAL | | | 1040.83 | | 8646.19 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2613.02 | 22046.14 |

Payrolls by Paychex, Inc.

0903 1810-8564  Bocar US Inc • PO Box 6725 • Huntsville AL 35813 • (256) 867-5502