**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **IN RE: Gary Seth Wright** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO.: 20-80027** |

**MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW**, Michael A. Fritz, Sr., and requests permission to appear as substitute counsel for the Debtor in the above styled cause. The Debtor has consented to this substitution of Counsel.

Fritz agrees to represent the Debtor to the same extent as Janet Wilkes of the Isaak Law Firm. The Isaak Law Firm assigns all rights to attorney fee to Fritz.

WHEREFORE, counsel requests that he be allowed to appear as substitute counsel of record for the Debtor in the afore-styled matter.

/s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
Attorney for Debtor

OF COUNSEL
FRITZ LAW FIRM, LLC
25 South Court Street, Suite 200
Montgomery, AL 36104
(334) 230-9790
(334) 230-9789 Fax
Email: bankruptcy@fritzlawalabama.com

Certificate of Service

I, Michael A. Fritz, Sr., do hereby certify I have this date mailed a copy of the above and foregoing upon Janet Wilkes by electronic notice this 18th day of February, 2021.

**Isaak Law Firm**
**2815 Zelda Road, Suite B**
**Montgomery, AL 36106**
**334-262-8200**
**janet@protectingmen.com**

/s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr